IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACEY J. GADSON, | ) | 1:11cv1106 DLB |
| | ) | |
| | ) | ORDER TO SUBMIT COMPLETE |
| | ) | APPLICATION TO PROCEED IN |
| Plaintiff, | ) | FORMA PAUPERIS |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On July 5, 2011, Plaintiff, proceeding pro se, filed the this action for judicial review of the denial of Social Security benefits. Plaintiff also filed an application to proceed in forma pauperis. The application, however, was not complete. The application does not state whether Plaintiff is incarcerated, does not indicate whether Plaintiff has any other sources of income and does not include the second page or a signature.

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty (20) days of the date of service of this order. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **July 7, 2011**          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1