IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACEY J. GADSON, | ) | 1:11cv1106 AWI DLB |
| | ) | |
| | ) | ORDER REGARDING BRIEFING |
| | ) | ON MOTION TO DISMISS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff, proceeding pro se and in forma pauperis, initiated the instant action for judicial review of the denial of Social Security benefits on July 5, 2011.

    On December 6, 2011, Defendant Commissioner of Social Security filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12 in lieu of filing the administrative record.

    Pursuant to the Scheduling Order issued by the Court on July 19, 2011, Plaintiff shall file any opposition brief to the motion to dismiss within fourteen (14) days after service of the motion. Defendant's reply brief, if any, shall be filed within seven (7) days after service of the opposition brief. The motion to dismiss shall not be noticed for hearing.

///

///

1

1  Accordingly, the Court HEREBY ORDERS as follows:

2  (1) Plaintiff shall file any opposition to the motion to dismiss on or before December 23,

3  2011;

4  (2) Defendant shall file a reply, if any, on or before January 2, 2012.

5  IT IS SO ORDERED.

6  **Dated:   December 7, 2011**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE